**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**　　　　　　　　　　　　　　　　　　　　　　(212) 805-0194
**UNITED STATES DISTRICT JUDGE**

June 4, 2021

Brem Mica Moldovsky
Brem Moldovsky, LLC
305 Broadway
Ste Seventh Floor
New York, NY 10007

                    RE:   Brem Moldovsky, LLC et al. v. Miller et al.
                             21 Civ. 2452 (NRB)

Dear Mr. Moldovsky:

      In reviewing the allegations in your 542-paragraph complaint, we have become aware of litigation preexisting this case involving you and some or all of the defendants in several jurisdictions, including the U.S. District Court for the Eastern District of Pennsylvania. It is obviously of no benefit to the parties or the judicial system to have potentially overlapping cases pending in multiple jurisdictions concerning the same basic set of facts between the same parties. Accordingly, consistent with Federal Rule of Civil Procedure 1, I am directing you to file a submission by June 18, 2021 explaining why the subject matter of each of the twenty causes of action in your complaint (1) is not currently the subject of, (2) could not presently be asserted as, or (3) could not have been asserted as a claim, a crossclaim, a direct counterclaim, a counterclaim joining additional parties, or a third-party claim in the other lawsuits against one or more of the defendants in this action.

      After we have received your submission, I will be in a better position to determine how to best manage the case before me. Until that determination is made, the defendants' time to answer or move is stayed.

                                                    Very truly yours,

                                                    Naomi Reice Buchwald
                                                     United States District Judge