AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Brem Moldovsky, L.L.C., et al.
*Plaintiff*
v.
Jonathan Miller, Esq., D/B/A The Law Firm of Jonathan Miller, et al.
*Defendant*

Case No.: 1:21-cv-02452

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brem Moldovsky, L.L.C. and Brem Moldovsky, Esquire

Date: 06-09-2021

*Attorney's signature*

Stephen Mullkoff
*Printed name and bar number*

350 Fifth Avenue 59th Floor
NY, NY 10118
*Address*

Mullkoff@icloud.com
*E-mail address*

917.655.9000
*Telephone number*

*FAX number*